**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*Admitted NJ, NY, CA, and IL                                                            Tel:  (201) 507-6300
                                                                                        Fax: (201) 507-6311
                                                                                        email:  lh@hershlegal.com

December 11, 2017

**Via ECF**
The Honorable John Michael Vazquez, U.S.D.J.
M.L. King Jr. Federal Building and Courthouse
50 Walnut Street
Newark, NJ  07102

      Re:    <u>Ceasar v. Paul Michael Marketing Service, Inc.</u>, No. 17-cv-4618-JMV-JBC

Dear Judge Vazquez:

    I represent Plaintiff Andrea Ceasar in in the above-reference case.  This letter is in accordance with the Court's October 30, 2017 Order (Dkt. No. 6) requesting a status letter on or before December 11, 2017.

    The parties have tentatively resolved the matter, and are in the process of finalizing the terms of the resolution.  Plaintiff will let the Court know when the resolution has been finalized, which hopefully will be shortly.

    Thank you for your consideration as to this matter.

                                             Very truly yours,

                                             <u>/s/ Lawrence C. Hersh</u>
                                             Lawrence Hersh